STEPHENSON *v.* M'NARY.—On appeal.

*Saturday,
July 11.*

IN an action on a judgment of a Circuit Court in another state, the declaration need not make profert of the record: the *prout patet per recordum* in such case is sufficient even on special demurrer. *Capp* v. *Gilman,* 2 Blackf. 45.